William C. Miranda
PLAINTIFF/PETITIONER/MOVANT'S NAME
V-63893
PRISON NUMBER
Substance Abuse Treatment Facility/State Prison (CSATF/SP)
Corcoran, California
PLACE OF CONFINEMENT
P.O. Box 5242
Corcoran, CA  93212-5242
ADDRESS

FILED

2008 MAR 24  PM 4: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

2354 ___ 1983 ✓

FILING FEE PAID

Yes ___ No ✓

IFP MOTION FILED

Yes ✓ No ___

COPIES SENT TO

Court ✓ ProSe ___

**United States District Court**

**Southern District Of California**

'08 CV 0550 BEN WMc

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

William C. Miranda                    ,
                    Plaintiff/Petitioner/Movant

                    v.

G.J. Giurbino, Warden, et al.         ,
                    Defendant/Respondent

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, William C. Miranda
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? XX Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration  CSATF/SP, Corcoran, California
    Are you employed at the institution?        ☐ Yes XX No
    Do you receive any payment from the institution?  ☐ Yes XX No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   I have not been employed since January, 2005, when I came to prison.

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance    ☐ Yes ☒ No
   d. Disability or workers compensation    ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances    ☐ Yes ☒ No
   f. Spousal or child support    ☐ Yes ☒ No
   g. Any other sources    ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:                    Year:              Model:
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed?

CIV-67 (Rev. 9/97)                    -2-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _____William C. Miranda_____, request and authorize the agency holding me in
    (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 2-22-08                    _Miranda William_____
                                SIGNATURE OF PRISONER


CALIFORNIA DEPARTMENT OF CORRECTIONS
SATF/SP AT CORCORAN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 27, 2008

ACCOUNT NUMBER : V63893                    BED/CELL NUMBER: FEB2T2000000201L
ACCOUNT NAME   : MIRANDA, WILLIAM COLON    ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

|      | TRAN |             |         |           |          |             |         |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
| 07/01/2007 |  | BEGINNING BALANCE |  |  |  |  | 45.00 |
| 07/18 | FC05 | DRAW-FAC 5 | 0351/FAC E |  |  | 45.00 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 02/25/2008 | H118 | LEGAL COPIES HOLD | 4352/02-20 | 32.10 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 45.00 | 0.00 | 45.00 | 0.00 | 32.10 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------------
32.10-
----------------
----------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                    FEB 2 7 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY