# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 JUL 29 AM 11:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 7/25/08

CASE NO.: 08cv550 BEN (WMc)     DOCUMENT FILED BY: Plaintiff

CASE TITLE: Miranda v. Giurbino, et al.

DOCUMENT ENTITLED: Letter to Clerk

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☑ | 77.2 | OTHER: Letter requests order not grantable by Clerk without further direction of judge. _Plaintiff must execute service upon Defendants as provided by Court Order & IFP package dated 7/3/08._ |

**Date forwarded:** 7/28/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

_[Summons must be forwarded to US Marshal along with USM Form 285 for each Defendant.]_

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Benitez

Dated: 7/28/08     By: KMB, PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

W. Samuel Hamrick, Jr.                              July 22, 2008
Clerk of the Court
UNITED STATES DISTRICT COURT
Southern District of California
880 Front Street, Suite 4290
San Diego, CA  92101-8900



Re:  Civil Action No. 08cv550 BEN(WMc)  <u>Miranda v. Giurbino</u>

Dear Mr. Hamrick:

Attached is a single copy of (24) Summons Notices, which you sent me to fill in names & addresses of all respondents in this action. After filing in the appropriate information on all (24) Summons Notices, I noticed an error on the Zip Code for 'my' address!
I corrected all (24) Summons Notices in the fashion as seen on the attached copy (highlighted). I x-ed out the incorrect number, and typed in the correct number. Will this be accepted by your Court for filing and processing? Before I forward these to the U.S. Marshal for service, I will wait for your response.

I am requesting an extra copy of page 7, from the 42 USC 1983 Complaint Form, which has Sections:
    E.  Request for Relief
    F.  Demand for Jury Trial
    G.  Consent to Magistrate Judge Jurisdiction.

One last request, I would like to know the name of the Magistrate in this action. I am submitting a subsequent brief, and it is addressed to the District Judge, since his name appears on the Order: The Honorable Roger T. Benitez. To whom do I address subsequent briefs — the Magistrate or District Judge? I wish to thank you for your time and attention to this matter.

                                        Respectfully submitted,

attachments (1)                        William C. Miranda, V-63893
                                       CSATF/SP, Corcoran
                                       P.O. Box 5242
                                       Corcoran, CA  93212-5242

                                        *Miranda William* (signature)
                                        7-22-08