| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William C. Miranda | 08cv550 BEN(WMc) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| G.J. Giurbino, Warden, et al. | Civil Action |

**FILED 2008 AUG 22 AM 11:04**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John DOES

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Centinela State Prison, 2302 Brown Road
Imperial, CA 92251

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William C. Miranda, V-63893
CSATF/SP, Corcoran
P.O Box 5242
Corcoran, CA 93212

| Number of process to be served with this Form - 285 | Unknown number |
|---|---|
| Number of parties to be served in this case | 23, plus John DOES ?# |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(home address unknown)
Business Phone No: (760) 337-7900
Unknown number of John DOES, were employed at Centinela State Prison as: Correctional Officers, assigned to Facility "A", during Second Watch, as either: "Yard Officers" or "S & E", on 09/16/08.

Signature of Attorney or other Originator requesting service on behalf of:
*Miranda William* ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: _____
DATE: 8-10-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk *Scott* | Date 8/15/08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 08/15/08 - Mailed S&C
08/21/08 Returned unexecuted. Per litigation coordinator unable to identify.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)